# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| XYZ CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:20-CV-04077<br><br>JUDGE ROBERT M. DOW, JR.<br><br>MAGISTRATE JUDGE SUSAN E. COX |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Monday, August 17, 2020, at 9:00 a.m, Plaintiff, by its counsel, shall appear for a telephonic hearing before the Honorable Judge Robert M. Dow, Jr., and then and there present Plaintiff's Motion for Entry of a Preliminary Injunction.

DATED:  August 11, 2020

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail:  ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 11, 2020, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record; and, that it was published on a website, a link thereto which was sent to any known Defendant email addresses provided by Defendants or any third parties.


*/s/ Alison Carter*
Alison Carter