

# UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 8/24/2020    Case Number: 1:20-cv-04077

Case Title: XYZ Corporation v. The Partnerships and Unincorporated Associations    Judge: Robert M. Dow, Jr

## DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

- ☐ Sealed or restricted document. (A court order is required to view a sealed or restricted document.)
- ☐ Too voluminous.
- ☐ Photographs
- ☑ Civil bond (A court order is required to view a financial document.)
- ☐ Criminal bond (A court order is required to view a financial document.)
- ☐ Miscellaneous (MC) case
- ☐ Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30 p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at 312-435-5699.

Thomas G. Bruton, Clerk

By: /s/ Roberto Perez
     Deputy Clerk

Rev. 11/29/2016