# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

XYZ Corporation

                                        Plaintiff,

v.                                                                                              Case No.: 1:20−cv−04077

                                                                                             Honorable Robert M. Dow Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2020:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone conference held on 9/8/2020. Motion for default judgment [30] is granted Telephone Conference set for 9/16/2020 at 9:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.