**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-04077 <br><br> JUDGE ROBERT M. DOW, JR. <br><br> MAGISTRATE JUDGE SUSAN E. COX |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on September 10, 2020 [36], in favor of the Plaintiff, MGA Entertainment, Inc. ("Plaintiff"), and against the Defendants Identified on Schedule A to the Complaint in the amount of six hundred thousand dollars ($600,000) per Defaulting Defendant for willful use of counterfeit and infringing L.O.L Surprise! Trademarks and Copyrights in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| NO. | DEFENDANT |
|---|---|
| 103 | waterice92 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

DATED: September 16, 2020                                       Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***